IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Regina Williams,                                       :

       Plaintiff                                  :        Civil Action 2:06-cv-00693

v.                                                             :        Judge Watson

United States Postal Service, *et al.*,       :        Magistrate Judge Abel

       Defendants                            :

## ORDER

Plaintiff Regina Williams brings this civil rights action under 42 U.S.C. §1983. This matter is before the Court on Magistrate Judge Abel's August 18, 2006 Initial Screening Report and Recommendation and his August 24, 2006 Second Report and Recommendation.

No objections have been filed to the Reports and Recommendations. Upon *de novo* review as required by 28 U.S.C. § 636(b)(1)(B), the Court ADOPTS the Reports and Recommendations. As the Magistrate Judge found, the complaint does not satisfy the requirements of Rule 8(a), Federal Rules of Civil Procedure, that it "contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends . . . , (2) a short and plain statement of the claim showing that the pleader is entitled to relief . . . ."

Accordingly, the Clerk of Court is DIRECTED to enter JUDGMENT dismissing the complaint on initial screening because it does not satisfy the requirements of Rule 8(a), Federal Rules of Civil Procedure, that it "contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends . . . , (2) a short and plain

statement of the claim showing that the pleader is entitled to relief . . . ."

**IT IS SO ORDERED.**

_____
**Michael H. Watson, Judge**
**United States District Court**